JOSEPH T. KING, as Collector of the Personal Property Assets of the Estate of HENRY A. MCDONALD, Deceased, Respondent, *v.* MANUFACTURERS TRUST COMPANY, Appellant.

Appeal from a judgment of the Supreme Court in favor of plaintiff, entered March 7, 1951, in New York County, upon a verdict rendered at a Trial Term.

Judgment affirmed, with costs.

PECK, P. J. (dissenting). In the face of an admirable charge by the court, which so carefully delineated the issues for the jury, I would not dissent did I think that the evidence left a jury issue. In my opinion, however, defendant bank was entitled to the benefit of subdivision 3 of section 134 of the Banking Law and its own practice and advice to its depositor in accordance therewith requiring the submission of the passbook for transfer of the account. I think that upon all the facts the defendant was not chargeable with negligence and further that there was in effect a condoning and ratification of the withdrawal that was made by plaintiff's wife. The claim does not appear to me to be just on the merits or supportable in law. I therefore dissent and vote to dismiss the complaint.

Dore, Breitel and Bastow, JJ., concur in decision; Peck, P. J., dissents and votes to dismiss the complaint, in opinion in which Cohn, J., concurs.

Judgment affirmed, with costs. No opinion.

■

GOLDA W. FULKERSON et al., Respondents, *v.* PHILIP G. MACDONALD, Appellant.

Appeal from a judgment of the Supreme Court in favor of plaintiffs, entered October 30, 1952, in Bronx County, upon a verdict rendered at a Trial Term.

Judgment affirmed, with costs.

DORE, J. (dissenting). The uncontested facts in this record as to how the injury and the claimed loss of the diamond happened, conclusively show in my opinion that the injury and the claimed loss of property were not reasonably foreseeable; and in the state of facts disclosed defendant is not liable on the theory of either negligence or nuisance.

Accordingly, I dissent and vote to reverse the judgment appealed from and to dismiss the complaint.

Peck, P. J., Cohn, Breitel and Bastow, JJ., concur in decision; Dore, J., dissents and votes to reverse and dismiss the complaint, in opinion.

Judgment affirmed, with costs. No opinion.